IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| V.E., | * |
| *Plaintiff*, | * |
| v. | * Civil Action No. 1:22-cv-02338-JRR |
| UNIVERSITY OF MARYLAND BALTIMORE COUNTY, MARYLAND, | * |
| *Defendant*. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

The court has before it Defendant University of Maryland Baltimore County's Motion to Dismiss Plaintiff's Complaint (ECF No. 6; the "Motion"). The parties' submissions have been reviewed and no hearing is necessary. Local Rule 105.6 (D. Md. 2021). For the reasons set forth in the accompanying Memorandum Opinion, it is this 21st day of April 2023:

**ORDERED** that the Motion at ECF No. 6 shall be, and is hereby, **GRANTED**; and further it is

**ORDERED** that the Amended Complaint at ECF No. 9, shall be, and is hereby, **DISMISSED WITH PREJUDICE.**

Madam Clerk is respectfully directed to **CLOSE THIS CASE**.

/S/_____
Julie R. Rubin
United States District Judge