| | | |
|---|---|---|
| V.E., | * | IN THE UNITED STATES |
| | * | |
| *Plaintiff*, | * | DISTRICT COURT |
| | * | |
| *v.* | * | FOR THE |
| | * | |
| UNIVERSITY OF MARYLAND BALTIMORE COUNTY, MARYLAND, | * | DISTRICT OF MARYLAND |
| | * | (Northern Division) |
| | * | |
| *Defendant*. | * | |
| | * | Case No.: 22-cv-02338 |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### V.E.'S MOTION TO ALTER OF AMEND DISISMISSALWITH PREJUDICE OR, ALTERNATIVELY, FOR LEAVE TO AMEND

Plaintiff, V.E. (hereinafter referred to as "Plaintiff" or "V.E."), by and through her undersigned attorneys, Rignal Baldwin, V, of Baldwin | Seraina, Jeffrey P. Bowman, Lucas Van Deusen, and BOWMAN JARASHOW LAW LLC, pursuant to Fed. R. Civ. Pro. 59(e) and Local Rule 105, hereby files this Motion to Alter or Amend this Court's April 21, 2023, dismissal with prejudice (the "Dismissal") or, alternatively, for Leave to Amend V.E.'s Amended Complaint, filed on December 19, 2022 (hereinafter, V.E.'s "Motion"). The grounds for V.E.'s Motion are set forth in the accompanying memorandum which is incorporated herein by reference.

WHEREFORE, Plaintiff, V.E., respectfully requests that this Honorable Court:

A. Enter an Order vacating the Court's April 21, 2023, dismissal with prejudice, and that the above-captioned matter shall proceed in due course; and, alternatively,

B. Enter an Order granting Plaintiff, V.E., leave to amend her Amended Complaint, filed on December 19, 2022, to include those facts which are necessary to resolve statute of limitations; and

C. Enter an Order granting such other and further relief as this Court deems just and proper.

Date: May 19, 2023                               Respectfully Submitted,

<u>/s/ *Lucas Van Deusen*</u>
Lucas Van Deusen (Bar # 30274)
lvandeusen@BowmanJarashow.com

<u>/s/ *Jeffrey P. Bowman*</u>
Jeffrey P. Bowman (Bar # 28940)
jbowman@BowmanJarashow.com

BOWMAN JARASHOW LAW LLC
162 West Street
Annapolis, Maryland 21401
P: (410) 267-9545
F: (443) 782-0241

*Counsel for Plaintiff, V.E.*

<u>*/s/ Rignal W. Baldwin V*</u>
Rignal W. Baldwin V (Bar # 30136)
rbaldwinv@baldwin-seraina.com
Baldwin | Seraina, LLC
111 South Calvert Street, Suite 1805
Baltimore, Maryland 21202
T: (410) 385-5695
F: (443) 703-7772

*Counsel for Plaintiff, V.E.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that on or about May 19, 2023, a copy of the foregoing was e-filed and served via e-filing, e-mail, and / or first-class mail, postage prepaid, to:

Ann M. Sheridan (Bar No. 11137)
E: asheridan@oag.state.md.us
Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 17th Floor
Baltimore, Maryland 21202
P: (410) 576-6559
F: (410) 576-6437

/s/ *Lucas Van Deusen*
Lucas Van Deusen (Bar # 30274)