IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| V.E., | * | |
| *Plaintiff*, | * | |
| | | Case No. 1:22-cv-02338-JRR |
| v. | * | |
| UNIVERSITY OF MARYLAND BALTIMORE COUNTY, MARYLAND | * | |
| | * | |
| *Defendant*. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Pending before the court is Plaintiff's Motion to Alter or Amend Dismissal with Prejudice, or, Alternatively, for Leave to Amend. (ECF No. 20; "the Motion.") No hearing is necessary. As set forth in the accompanying memorandum opinion, it is this 10th day of August 2023, **ORDERED** that the Motion shall be, and is hereby, **DENIED**.

/s/
Julie R. Rubin
United States District Judge